UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:22-cv-81724-DMM

HOWARD COHAN,

    Plaintiff,

vs.

ABC LIQUORS, INC.
a Florida Profit Corporation
d/b/a ABC LIQUORS, #209

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, ABC LIQUORS, INC., a Florida Profit Corporation, d/b/a ABC LIQUORS, #209, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against ABC LIQUORS, INC., a Florida Profit Corporation, d/b/a ABC LIQUORS, #209; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED July 20, 2023.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: s/ Michael D. Tempkins |
| Gregory S. Sconzo, Esq. | Michael D. Tempkins |
| Florida Bar No.: 0105553 | Fla. Bar. No.: 22073 |
| Samantha L. Simpson, Esq. | mtempkins@fishbacklaw.com |
| Florida Bar No.: 1010423 | kimberlyc@fishbacklaw.com |
| Sconzo Law Office, P.A. | Fishback Dominick |
| 3825 PGA Boulevard, Suite 207 | 1947 Lee Road |
| Palm Beach Gardens, FL 33410 | Winter Park, FL 32779 |
| Telephone: (561) 729-0940 | Telephone: (407) 262-8400 |
| Facsimile: (561) 491-9459 | Facsimile: (407) 790-4538 |
| Primary Email: greg@sconzolawoffice.com | Attorney for Defendant ABC LIQUORS, INC. |
| Primary Email: samantha@sconzolawoffice.com | |
| Secondary Email: alexa@sconzolawoffice.com | |

1

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on July 20, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                                **/s/ Gregory S. Sconzo**
                                                                **Gregory S. Sconzo, Esq.**